IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAIM SARWAR,<br><br>  Plaintiff,<br><br>v.<br><br>SALEEM MOHAMMAD,<br><br>  Defendant. | Case No.: 2:20-cv-01391-NR |

**STIPULATION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LCvR7(E)**

Plaintiff Saim Sarwar, by and through his respective undersigned counsel, hereby agree, pursuant to LCvR7(e), to a fourteen (14) day extension of time for Defendant Mohammad Saleem (erroneously sued as Saleem Mohammad) ("Defendant") to file a responsive pleading. Defendant's response to the Complaint, which was originally due on October 13, 2020, will now be due on or before Tuesday, October 27, 2020.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **THOMAS B. BACON, P.A.** | **DENTONS COHEN & GRIGSBY P.C.** |
| /s/ Tristan W. Gillespie<br>Tristan W. Gillespie<br>*gillespie.tristan@gmail.com*<br>5150 Cottage Farm Road<br>Johns Creek, GA 30022<br>Tel.: (404) 276-7277 | /s/ Alex M. Lacey<br>Alex M. Lacey (PA ID 313538)<br>*alex.lacey@dentons.com*<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>Tel: (412) 297-4900<br>Fax: (412) 209-0672 |
| *Attorneys for Plaintiff, Saim Sarwar* | *Attorneys for Defendant, Mohammad Saleem* |

Dated: October 12, 2020
3455570.v1

US_Active\115657086\V-1